UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9697**

BRIAN KALLINEN, Derivatively On Behalf : Case No.
of E*TRADE FINANCIAL CORPORATION, :
: RULE 7.1 STATEMENT
Plaintiff, :
:
vs. :
:
MITCHELL H. CAPLAN, R. JARRETT :
LILIEN, ROBERT J. SIMMONS, GEORGE :
A. HAYTER, DARYL BREWSTER, :
RONALD D. FISHER, MICHAEL K. PARKS, :
C. CATHLEEN RAFFAELI, LEWIS E. :
RANDALL, DONNA L. WEAVER and :
STEPHEN H. WILLARD, :
:
Defendants, :
:
-and- :
:
E*TRADE FINANCIAL CORPORATION, a :
Delaware corporation, :
:
Nominal Defendant. :
x



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Brian Kallinen, Derivatively on Behalf of E*Trade Financial Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: October 31, 2007

_____
Signature of Attorney

**Attorney Bar Code: TGA-1515**