UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

BRIAN KALLINEN, Derivatively On Behalf of
E*TRADE FINANCIAL CORPORATION,

       Plaintiff,

vs.

MITCHELL H. CAPLAN, R. JARRETT
LILIEN, ROBERT J. SIMMONS, GEORGE A.
HAYTER, DARYL BREWSTER, RONALD D.
FISHER, MICHAEL K. PARKS, C.
CATHLEEN RAFFAELI, LEWIS E.
RANDALL, DONNA L. WEAVER and
STEPHEN H. WILLARD

       Defendants,

- and –

E*TRADE FINANCIAL CORPORATION, a
Delaware Corporation,

       Nominal Defendant.

------------------------------------------------x

No. 07 Civ. 9697 (UA) ECF Case

<u>ELECTRONICALLY FILED</u>

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Nominal Defendant E*TRADE Financial Corporation ("E*Trade") certifies that there exist no parent companies, subsidiaries, or affiliates of E*Trade that have outstanding securities in the hands of the public except for a single affiliate company, IL&FS Investsmart Limited (India).

Dated: New York, New York
       November 13, 2007

DAVIS POLK & WARDWELL

By: *[signature]*
Dennis E. Glazer
Nancy B. Ludmerer
Edward N. Moss

450 Lexington Avenue
New York, New York 10017
(212) 450-4278
Counsel for *Nominal Defendant*
*E*TRADE Financial Corporation*