Sond, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
BRIAN KALLINEN, Derivatively On Behalf :
of E*TRADE FINANCIAL CORPORATION, :
:  Case No. 07 CIV 9697 (SSS/LBS)
            Plaintiff, :
:
:
   vs. :  VOLUNTARY DISMISSAL
:  (F.R.C.P. 41)
MITCHELL H. CAPLAN, R. JARRETT :
LILIEN, ROBERT J. SIMMONS, GEORGE :
A. HAYTER, DARYL BREWSTER, :
RONALD D. FISHER, MICHAEL K. PARKS, :
C. CATHLEEN RAFFAELI, LEWIS E. :
RANDALL, DONNA L. WEAVER and :
STEPHEN H. WILLARD, :
:
            Defendants, :
:
   -and- :
:
E*TRADE FINANCIAL CORPORATION, a :
Delaware corporation, :
:
            Nominal Defendant. :
---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07

No defendant having been served, or appeared, or having answered or served a motion for summary judgment, plaintiff voluntarily dismisses the action.

LAW OFFICES OF THOMAS G. AMON

By: _____
Thomas G. Amon (TGA-1515)
Attorneys for Plaintiff
500 Fifth Avenue, Suite 1650
New York, NY 10110
(212) 810-2430

Dated: New York, New York
       December 10, 2007

SO ORDERED:

_____
U.S.D.J.
12/17/07